1  BENJAMIN B. WAGNER
United States Attorney
2  KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 2:12-CV-00824-WBS-KJN |
| v. | |
| REAL PROPERTY LOCATED AT 21968 ROCKAWAY ROAD, NORTH SAN JUAN, CALIFORNIA, NEVADA COUNTY, APN: 60-210-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | ~~APPLICATION AND~~ ORDER FOR PUBLICATION |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.     The defendant property is located in the city of North San Juan, Nevada

1 | County, California;

2 |     4.    Plaintiff proposes that publication be made as follows:

3 |         a.    One publication;

4 |         b.    Thirty (30) consecutive days;

5 |         c.    On the official internet government forfeiture

6 | site www.forfeiture.gov;

7 |         d.    The publication is to include the following:

8 |             (1)    The Court and case number of the action;

9 |             (2)    The date of the seizure/posting;

10 |             (3)    The identity and/or description of the property seized/posted;

11 |             (4)    The name and address of the attorney for the Plaintiff;

12 |             (5)    A statement that claims of persons entitled to possession or

13 | claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court

14 | and served on the attorney for the Plaintiff no later than 60 days after the first day of

15 | publication on the official internet government forfeiture site; and

16 |             (6)    A statement that answers to the Complaint or a motion

17 | under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

18 | and served within 21 days after the filing of the claims and, in the absence thereof,

19 | default may be entered and condemnation ordered.

20 | Dated: 3/30/12             BENJAMIN B. WAGNER
                                            United States Attorney

21 |

22 |

23 |                   By:    /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

24 |

25 | ////

26 | ////

27 | ////

28 |

**IT IS SO ORDERED.**

Dated: April 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE