DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Claimant
DUANE BURDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 21968 ROCKAWAY ROAD, NORTH SAN JUAN, CALIFORNIA, NEVADA COUNTY, APN: 60-210-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>                Defendant. | No. 2:12-CV-00824-WBS-KJN<br><br>STIPULATION AND ORDER APPOINTING COUNSEL FOR CLAIMANT DUANE BURDA<br><br>Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and claimant Duane Burda, as follows:

    1.   On May 17, 2012, the Office of the Federal Defender assisted Duane Burda when he filed a claim to the above-captioned property. Mr. Burda completed a financial affidavit demonstrating that is financially unable to obtain representation by counsel. The property sought to be forfeited is Mr. Burda's sole residence.

    2.  Pursuant to 18 U.S.C. § 983(b)(2)(A), Mr. Burda asks the Court to authorize the Federal Defender to represent Mr. Burda in the above forfeiture case.  Although Mr. Burda is not presently facing a criminal charge, the U.S. Attorney filed a pleading relating this forfeiture matter to a criminal case, *United States v. Farrell et al.*, 2:12-CR-0076 WBS.

    3.  The United States has no objection to the appointment of the Federal Defender as counsel for Mr. Burda.

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                Federal Defender

Dated:  July 19, 2012        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DUANE BURDA

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:  July 19, 2012        /s/ T. Zindel for K. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney

## **O R D E R**

Pursuant to 18 U.S.C. § 983(b)(1)(A), the Office of the Federal Defender is hereby authorized to represent Duane Burda in the above case.

IT IS SO ORDERED.

Dated: July 20, 2012

*/s/ William B. Shubb*
_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE